# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

FILED IN THIS OFFICE
JUN 26 2019
Clerk U.S. District Court
Greensboro, NC
BY___

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with the Call Number (646)<br>679-8847, that is Stored at Premises Controlled by Sprint<br>Corporation | )<br>)<br>)  Case No. 1:19MJ139-1<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Kansas___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___May 14, 2019___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Joe L. Webster___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  ___4/30/19 8:48 AM___        ___[signature]___
                                                                                                     *Judge's signature*

City and state:  ___Durham, North Carolina___        Joe L. Webster, U.S. Magistrate Judge
                                                                                              *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant ~~and inventory~~ left with: |
|---|---|---|
| 19MJ139-1 | 5-1-19  0930 | Sprint Corporation |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Electronically transmitted:
BAN Profile
Prepaid Payment History Report
Key to Understanding CDMA Call Detail Reports
Payment and Subscriber information
Zip file with Tower lists
Two excel spreadsheets with Call Detail Records

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/17/19

*Executing officer's signature*

Jason Morton   Senior Inspector
*Printed name and title*